IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:23-cv-00292-M

| | |
|---|---|
| TYRANCE DREQUAN BENBOW,<br>BECKY LEE LaSALLE, individually, [and] as<br>heir to TYRANCE DREQUAN BENBOW<br>and as representative of the Estate of<br>Tyrance Drequan Benbow, deceased,<br><br>              Plaintiffs,<br>v.<br><br>SHERIFF JOHN W. INGRAM V, jointly and<br>severally liable in his individual and official<br>capacity as the Sheriff of the Brunswick County<br>North Carolina, Sheriff's Office; JOSH DAVIES,<br>jointly and severally liable in his individual and<br>official capacity as Sergeant of the BCSO Drug<br>Enforcement Unit; KEITH E. BOWLING, jointly<br>and severally liable in his individual capacity as a<br>Deputy Sheriff for the Brunswick County Sheriff's<br>Office; ALEXANDER MELVIN, jointly and<br>severally liable in his individual capacity as a<br>Deputy Sheriff for the Brunswick County Sheriff's<br>Office; JOHNNIE BENTON, jointly and severally<br>Liable in his individual capacity as a Deputy<br>Sheriff for the Brunswick County Sheriff's Office,<br>and MARK HEWETT, jointly and severally liable<br>in his individual and official capacity as the<br>Fire Chief for Civietown Volunteer Fire and Rescue<br>Department, and JOHN DOES I-X, inclusive,<br><br>              Defendants. | **PARTIAL MOTION<br>TO DISMISS AMENDED<br>COMPLAINT BY<br>DEFENDANTS SHERIFF<br>JOHN W. INGRAM,<br>JOSH DAVIES,<br>KEITH E. BOWLING,<br>ALEXANDER MELVIN,<br>and JOHNNIE BENTON** |

NOW COME defendants John W. Ingram, Josh Davies, Keith E. Bowling, Alexander Melvin, and Johnnie Benton, by and through counsel, and, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move to dismiss the following

claims for failure to state a claim: Counts IV, V, and VIII in the plaintiff's Complaint and all official-capacity claims against defendant Davies. The reasons for this motion are set out in the moving defendants' Memorandum of Law, which is filed contemporaneously with this motion.

    Respectfully submitted, this 20th day of November, 2023.

/s/ Christopher J. Geis
CHRISTOPHER J. GEIS
N.C. State Bar No. 25523
BRADLEY O. WOOD
N.C. State Bar. No. 22392
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Email: Chris.Geis@wbd-us.com
       Brad.Wood@wbd-us.com
*Attorneys for Defendants Ingram, Davies, Bowling, Melvin, and Benton*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of North Carolina, is attorney for defendants Ingram, Davies, Bowling, Melvin, and Benton in this matter, and is a person of such age and discretion as to be competent to serve process.

I hereby certify that on November 20, 2023, I electronically filed the foregoing **PARTIAL MOTION TO DISMISS AMENDED COMPLAINT BY DEFENDANTS JOHN W. INGRAM, JOSH DAVIES, KEITH E. BOWLING, ALEXANDER MELVIN, AND JOHNNIE BENTON** with the Clerk of Court using the CM/ECF system which will also send an email notification to the following:

ADDRESS:

Ira Braswell IV
Braswell Law, PLLC
102 W. Nash Street, Suite E
P.O. Box d703
Louisburg, NC 27549
braswellaw@gmail.com

*Attorney for Plaintiff*

/s/ Christopher J. Geis
CHRISTOPHER J. GEIS
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3543
Facsimile: (336) 721-3660
*Attorney for Defendants Ingram, Davies, Bowling, Melvin, and Benton*
Email: Chris.Geis@wbd-us.com