# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
## Civil Action No. 7:23-cv-00292-M

| | |
|---|---|
| TYRANCE DREQUAN BENBOW, <br> BECKY LEE LaSALLE, individually, and as heir to TYRANCE DREQUAN BENBOW and as representative of the Estate of Tyrance Drequan Benbow, deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> SHERIFF JOHN W. INGRAM V, jointly and severally liable in his individual and official capacity as the Sheriff of the Brunswick County North Carolina, Sheriffs Office; JOSH DAVIES, jointly and severally liable in his individual and official capacity as Sergeant of the BCSO Drug Enforcement Unit; KEITH E. BOWLING, jointly and severally liable in his individual capacity as a Deputy Sheriff for the Brunswick County Sheriffs Office; ALEXANDER MELVIN, jointly and severally liable in his individual capacity as a Deputy Sheriff for the Brunswick County Sheriffs Office; JOHNNIE BENTON, jointly and severally liable in his individual capacity as a Deputy Sheriff for the Brunswick County Sheriffs Office, and MARK HEWETT, jointly and severally liable in his individual and official capacity as the Fire Chief for Civietown Volunteer Fire and Rescue Department, and JOHN DOES I-X, inclusive, <br><br> Defendants. | **NOTICE OF VOLUNTARY DISMISSAL** <br><br> **Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**NOW COMES** Becky Lee LaSalle, in her capacity as the Administratrix of the Estate of Tyrance Drequan Benbow, provides through the undersigned counsel, notice of Plaintiffs voluntary dismissal without prejudice of her Complaint, and subsequent Amended Complaint with Jury Demand and any claims alleged therein against MARK HEWETT, a named party Defendant in this matter.

**RESPECTFULLY SUBMITTED** the 29th day of February 2024.

                         /s/ Ira Braswell IV
                         Ira Braswell IV
                         BRASWELL LAW, PLLC
                         *Attorney for Plaintiffs*
                         P.O. Box 703
                         Louisburg, NC 27549
                         Telephone:     919-623-5413
                         Facsimile:      980-225-0321
                         Email: braswellaw@gmail.com
                         State Bar No. 41799

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of February 2024, I filed the foregoing using the Court's CM/ECF system, which will send notice of electronic filing through the Court's electronic filing system to all counsel of record.

/s/ Ira Braswell IV
Ira Braswell IV
*Attorney for Plaintiffs*
BRASWELL LAW, PLLC
102 W. Nash Street
P.O. Box 703
Louisburg, NC 27549
Telephone: (919) 623-5413
Email: braswellaw@gmail.com
State Bar No. 41799