IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil Action No. 7-23-CV-00292-M

| | |
|---|---|
| TYRANCE DREQUAN BENBOW<br>BECKY LEE LaSALLE, individually, as<br>heir to TYRANCE DREQUAN BENBOW<br>and as representative of the estate of<br>Tyrance Drequan Benbow deceased,<br><br>                Plaintiffs,<br><br>v.<br><br>SHERIFF JOHN W. INGRAM., jointly and<br>severally liable in his individual and official<br>capacity as the Sheriff of Brunswick County,<br>North Carolina Sheriff's Office; JOSH DAVIES,<br>jointly and severally liable in his individual and<br>official capacity as Sergeant of the B.C.S.O. Drug<br>Enforcement Unit; KEITH. BOWLING, jointly<br>and severally liable in his individual capacity as a<br>Deputy Sheriff for the Brunswick County Sheriff's<br>Office; ALEXANDER MELVIN, jointly and<br>severally liable in his individual capacity as a<br>Deputy Sheriff for the Brunswick County Sheriff's<br>Office; JOHNNIE BENTON, jointly and<br>severally liable in his individual capacity as a<br>Deputy Sheriff for the Brunswick County Sheriff's<br>Office; and JOHN DOES I-X inclusive,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>**NOTICE OF SPECIAL APPEARANCE** |

      Please take notice that the undersigned Adantè D. Pointer, Patrick M. Buelna, Lateef H. Gray, and Matthew T. Norman hereby enter a notice of special appearance as attorneys for TYRANCE DREQUAN BENBOW and BECKY LEE LaSALLE individually, as heir to and Administratrix of the estate of Tyrance Drequan Benbow deceased in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Ira Braswell IV. We certify that we will submit

any document(s) to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Respectfully submitted this 13th day of June 2024.

/s/ *Adante D. Pointer*
Adantè D. Pointer
Pointer & Buelna, LLP
155 Filbert Street
Suite 208
Oakland, CA 94607
Tel. 510-929-5400
Email: APointer@lawyersftp.com
CA State Bar No. 236229

/s/ *Patrick M. Buelna*
Patrick M. Buelna
Pointer & Buelna, LLP
155 Filbert Street
Suite 208
Oakland, CA 94607
Tel. 510-929-5400
Email: PBuelna@lawyersftp.com
CA State Bar No. 317043

/s/ *Lateef H. Gray*
Lateef H. Gray
Pointer & Buelna, LLP
155 Filbert Street
Suite 208
Oakland, CA 94607
Tel. 510-929-5400
Email: LGray@lawyersftp.com
CA State Bar No. 250055

/s/ *Matthew T. Norman*
Matthew T. Norman
Pointer & Buelna, LLP
155 Filbert Street
Suite 208
Oakland, CA 94607
Tel. 510-929-5400
Email: MNorman@LawyersFTP.com
CA State Bar No. 351413

/s/ *Ira Braswell IV*
Ira Braswell IV
Braswell Law, PLLC
102 W. Nash Street, Suite E
P.O. Box 703
Louisburg, NC 27549
Tel. (919) 623-5413
Fax: (980) 225-0321
Email: Braswellaw@gmail.com
NC State Bar No. 41799

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2024, I electronically filed the foregoing **NOTICE OF SPECIAL APPEARANCE** with the Clerk of Court using the CM/ECF system which will also send an email notification to the following:

Christopher J. Geis
*Attorney for Defendants*
WOMBLE BOND DICKSON, L.L.P.
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3543
Email: Chris.Geis@wbd-us.com

Nick Acevedo
*Attorney for Defendants*
WOMBLE BOND DICKSON, LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3543
Email: Nick.Acevedo@wbd-us.com

Ira Braswell IV
*Local Counsel for Plaintiffs*
BRASWELL LAW, P.L.L.C.
P.O. Box 703
Louisburg, NC 27549
Telephone: (919) 623-5413
*Email: braswellaw@gmail.com*

/s/ *Patrick M. Buelna*
Patrick M. Buelna
*Counsel for Plaintiffs*
Pointer & Buelna, LLP
155 Filbert Street
Suite 208
Oakland, CA 94607
Tel. 510-929-5400
Email: PBuelna@lawyersftp.com
CA State Bar No. 317043