IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:23-cv-00292-M-RJ

| | |
|---|---|
| TYRANCE DREQUAN BENBOW<br>BECKY LEE LaSALLE, individually, as<br>heir to TYRANCE DREQUAN BENBOW<br>and as representative of the estate of<br>Tyrance Drequan Benbow deceased,<br><br>           Plaintiffs,<br>v.<br><br>SHERIFF JOHN W. INGRAM., jointly and severally liable in his individual and official capacity as the Sheriff of Brunswick County, North Carolina Sheriff's Office; JOSH DAVIES, jointly and severally liable in his individual and official capacity as Sergeant of the BCSO Drug Enforcement Unit; KEITH E. BOWLING, jointly and severally liable in his individual capacity as a Deputy Sheriff for the Brunswick County Sheriff's Office; ALEXANDER MELVIN, jointly and severally liable in his individual capacity as a Deputy Sheriff for the Brunswick County Sheriff's Office; JOHNNIE BENTON, jointly and severally liable in his individual capacity as a Deputy Sheriff for the Brunswick County Sheriff's Office and MARK HEWETT, jointly and severally liable in his individual and official capacity as the Fire Chief for Civietown Volunteer Fire and Rescue Department and JOHN DOES I-X inclusive,<br><br>           Defendants. | **ORDER GRANTING<br>SHERIFF DEFENDANTS<br>LEAVE TO MANUALLY<br>FILE EXHIBIT** |

For the reason stated in Sheriff Defendants' Motion for Leave to Manually File Exhibit, the motion is hereby granted.

So ordered, this the 17th day of June 2024.

_____
Robert B. Jones, Jr.
United States Magistrate Judge