IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:23-cv-00292-M-RJ

| | |
|---|---|
| TYRANCE DREQUAN BENBOW ) <br> BECKY LEE LaSALLE, individually, as ) <br> heir to TYRANCE DREQUAN BENBOW ) <br> and as representative of the estate of ) <br> Tyrance Drequan Benbow deceased, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> SHERIFF JOHN W. INGRAM., jointly and ) <br> severally liable in his individual and official ) <br> capacity as the Sheriff of Brunswick County, ) <br> North Carolina Sheriff's Office; JOSH DAVIES, ) <br> jointly and severally liable in his individual and ) <br> official capacity as Sergeant of the BCSO Drug ) <br> Enforcement Unit; KEITH E. BOWLING, jointly ) <br> and severally liable in his individual capacity as a ) <br> Deputy Sheriff for the Brunswick County Sheriff's ) <br> Office; ALEXANDER MELVIN, jointly and ) <br> severally liable in his individual capacity as a ) <br> Deputy Sheriff for the Brunswick County Sheriff's ) <br> Office; JOHNNIE BENTON, jointly and ) <br> severally liable in his individual capacity as a ) <br> Deputy Sheriff for the Brunswick County Sheriff's ) <br> Office and MARK HEWETT, jointly and ) <br> severally liable in his individual and official ) <br> capacity as the Fire Chief for Civietown ) <br> Volunteer Fire and Rescue Department and JOHN ) <br> DOES I-X inclusive, ) <br> ) <br> Defendants. ) | **NOTICE OF** <br> **MANUAL FILING** |

**PLEASE TAKE NOTICE** that defendants Sheriff John W. Ingram, Josh Davies, Keith E. Bowling, Alexander Melvin, and Johnnie Benton ("Sheriff Defendants"), by and through counsel, in accordance with the Court's Order of June

1

17, 2024 (D.E. 111), have manually filed a flash drive containing Exhibits O, U, Y, and Z from the Sheriff Defendants' Brief in Opposition to Plaintiffs' Motion for Default Judgment or Alternatively, Adverse Inference as Sanctions for Sheriff's Defendants Spoliation of Material Evidence (D.E. 94.) The flash drive includes the following audio and video files:

1) Exhibit O – Recorded Interview of Lt. Denver Stanley; 1 hour, 13 minutes, and 17 seconds in length;

2) Exhibit U – Facebook Post, 9 minutes and 14 seconds in length;

3) Exhibit Y – Video-Recorded Interviews of Sabrina Bell, Tremaine Thomas, and Becky LaSalle; 5 minutes and 43 seconds in length;[1]

4) Exhibit Z – Video-Recorded Interviews of Courtney Roberts and Deatrice Gore; 12 minutes and 2 seconds in length;[2]

This the 18th day of June, 2024.

/s/ Nicholas D. Acevedo
CHRISTOPHER J. GEIS
N.C. State Bar No. 25523
BRADLEY O. WOOD
N.C. State Bar No. 22392
NICHOLAS D. ACEVEDO
N.C. State Bar No. 59228
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street

---

[1] This video was provided to the Sheriff Defendants in discovery by the plaintiff. This video was previously edited by the plaintiff, causing the video to show incorrect timestamps. The Sheriff Defendants have listed the incorrect timestamp shown by VLC media player when the file is opened.

[2] This video was provided to the Sheriff Defendants in discovery by the plaintiff. This video was previously edited by the plaintiff, causing the video to show incorrect timestamps. The Sheriff Defendants have listed the incorrect timestamp shown by VLC media player when the file is opened.

Winston-Salem, NC 27101
Telephone: (336) 721-3600
Email: Chris.Geis@wbd-us.com
Brad.Wood@wbd-us.com
Nick.Acevedo@wbd-us.com

*Attorneys for Defendants Ingram,
Davies, Bowling, Melvin, and Benton*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of North Carolina, is attorney for Sheriff Defendants in this matter, and is a person of such age and discretion as to be competent to serve process.

I hereby certify that on June 18, 2024, I electronically filed the foregoing **NOTICE OF MANUAL FILING** with the Clerk of Court using the CM/ECF system which will also send an email notification to Plaintiff's counsel as identified below:

>Ira Braswell IV
>Braswell Law, PLLC
>102 W. Nash Street, Suite E
>P.O. Box 703
>Louisburg, NC 27549
>Email: braswellaw@gmail.com
>
>Adantè D. Pointer
>Patrick M. Buelna
>Lateef H. Gray
>Matthew T. Norman
>Pointer & Buelna, LLP
>155 Filbert Street
>Suite 208
>Oakland, CA 94607
>Tel. (510) 929-5400
>Email: APointer@lawyersftp.com
>        PBuelna@lawyersftp.com
>        LGray@lawyersftp.com
>        MNorman@lawyersftp.com

*Attorneys for Plaintiff*

>/s/ Nicholas D. Acevedo
>NICHOLAS D. ACEVEDO
>WOMBLE BOND DICKINSON (US) LLP
>One West Fourth Street
>Winston-Salem, NC 27101
>Telephone: (336) 721-3543
>Facsimile: (336) 721-3660
>Email: Nick.Acevedo@wbd-us.com
>*Attorney for Defendants Ingram, Davies, Bowling, Melvin and Benton*