IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:23-cv-00292-M-RJ

| | |
|---|---|
| TYRANCE DREQUAN BENBOW )<br>BECKY LEE LaSALLE, individually, as )<br>heir to TYRANCE DREQUAN BENBOW )<br>and as representative of the estate of )<br>Tyrance Drequan Benbow deceased, )<br>  )<br>Plaintiffs, )<br>v. )<br>  )<br>SHERIFF JOHN W. INGRAM., jointly and )<br>severally liable in his individual and official )<br>capacity as the Sheriff of Brunswick County, )<br>North Carolina Sheriff's Office; JOSH DAVIES, )<br>jointly and severally liable in his individual and )<br>official capacity as Sergeant of the BCSO Drug )<br>Enforcement Unit; KEITH E. BOWLING, jointly )<br>and severally liable in his individual capacity as a )<br>Deputy Sheriff for the Brunswick County Sheriff's )<br>Office; ALEXANDER MELVIN, jointly and )<br>severally liable in his individual capacity as a )<br>Deputy Sheriff for the Brunswick County Sheriff's )<br>Office; JOHNNIE BENTON, jointly and )<br>severally liable in his individual capacity as a )<br>Deputy Sheriff for the Brunswick County Sheriff's )<br>Office and MARK HEWETT, jointly and )<br>severally liable in his individual and official )<br>capacity as the Fire Chief for Civietown )<br>Volunteer Fire and Rescue Department and JOHN )<br>DOES I-X inclusive, )<br>  )<br>Defendants. ) | **PROPOSED ORDER**<br>**GRANTING SHERIFF**<br>**DEFENDANTS' MOTION**<br>**FOR PROTECTIVE**<br>**ORDER** |

Before the Court is Sheriff Defendants' Motion for Protective Order. Having considered the Motion and materials filed by the parties, it is hereby ORDERED that the Motion is GRANTED and the Rule 30(b)(6) deposition of the Brunswick County Sheriff's Office is limited to Topic 1 of Plaintiff's amended notice.

1

So ORDERED, this ___ day of _____, 2024.

_____
UNITED STATES DISTRICT COURT
JUDGE OR MAGISTRATE JUDGE