UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TYRANCE DREQUAN BENBOW, <br> BECKY LEE LASALLE, <br>       Plaintiffs, <br> <br> v. <br> <br> SHERIFF JOHN W. INGRAM, <br> JOSH DAVIES, KEITH E. BOWLING, ALEXANDER <br> MELVIN, JOHNNIE BENTON, MARK HEWETT and <br> JOHN DOES I – X, <br>       Defendants. | **CIVIL JUDGMENT** <br> **CASE NO. 7:23-CV-292-M** |

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's Order entered at Docket Entry [113] on June 20, 2024, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, Defendant Mark Hewitt's Motion to Dismiss [DE 69] is DENIED AS MOOT, and the BSCO Defendants' "Partial Motion to Dismiss Amended Complaint" [DE 72] is GRANTED. Counts IV, V, and VIII set forth in the operative Amended Complaint (DE 66) are DISMISSED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** pursuant to the court's Order entered at Docket Entry [197] on August 26, 2025, Defendants' Motion for Summary Judgment [DE 145] is GRANTED and Plaintiff's remaining claims alleged in Counts I, II, III, VI, and VII are DISMISSED. The Clerk of the Court shall close this case, once the Defendants' motion pending before Magistrate Judge Jones (DE 194) is resolved.

**FINALLY, IT IS FURTHER ORDERED, ADJUDGED AND DECREED** pursuant to the court's order at Docket Entry [209] on September 15, 2025, Plaintiffs' counsel will have an additional forty-five (45) days from the date of the hearing, or until Friday, October 24, 2025, to pay the outstanding expenses owed to defense counsel, i.e., the remaining $2,855.35 of the total $5,710.70 balance mandated in the court's May 5 order, [DE-198], and the $1,000 in attorneys' fees mandated in the court's July 21 order, [DE-196].

This Judgment filed and entered on September 15, 2025, and copies to:
Adante D. Pointer (via CM/ECF electronic notification)
Ira Braswell, IV (via CM/ECF electronic notification)
Lateef Hasani Gray (via CM/ECF electronic notification)
Matthew Norman (via CM/ECF electronic notification)
Patrick Buelna (via CM/ECF electronic notification)
Christopher J. Geis (via CM/ECF electronic notification)
Bradley Owen Wood (via CM/ECF electronic notification)
Ryan L. Bostic (via CM/ECF electronic notification)

September 15, 2025                    Peter A. Moore, Jr., Clerk of Court

                                      By: _____
                                      Deputy Clerk